UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:       MATTHEW WELSH
DEBTOR                                                        CASE NO:  17-90554-BHL-13

**TRUSTEE'S OBJECTION TO THE CLAIM OF WELLS FARGO
FINANCIAL NATIONAL BANK AND NOTICE OF RESPONSE DEADLINE**

Comes now the Trustee, Joseph M. Black, Jr., and objects to the Proof of Claim filed by Wells Fargo Financial National Bank on July 5, 2017 in the amount of $7,999.86 pursuant to Fed.R.Bankr.P. 3007(a).  In support of said objection, the Trustee states the following:

1. The Proof of Claim filed claims a security interest in items purchased from Americas Window, LLC but fails to include a copy of the signed Security Agreement as required by Federal Rule of Bankruptcy Procedure 3001(d).

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** from the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)].  Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

110 U.S. Courthouse, 121 W. Spring St., New Albany IN  47150

The responding party must ensure delivery of the response to the party filing the objection.  **If a response is NOT timely filed, the requested relief may be granted.**  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, the Trustee moves the Court for an order disallowing the Proof of Claim of Wells Fargo Financial National Bank.

Dated: July 18, 2017

Respectfully Submitted,

  /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone: (812) 524-7211
Fax:    (812) 523-8838
Email: jblacktrustee@trustee13.com

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>July 18, 2017</u>, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Lloyd Koehler        lloydkoehler@hotmail.com
U.S. Trustee        ustpregion10.in.ecf@usdoj.gov

      I further certify that on <u>July 18, 2017</u>, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Matthew Welsh, 107 W Maple Ct, Clarksville, IN  47129

Wells Fargo Bank, NA, PO Box 10438, Des Moines, IA  50306-0438

                                  /s/ Joseph M. Black, Jr.
                                  Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***