UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:      MATTHEW WELSH

DEBTOR                                               CASE NO:  17-90554-BHL-13

### TRUSTEE'S OBJECTION TO THE CLAIM OF CAVALRY SPV I, LLC AND NOTICE OF RESPONSE DEADLINE

Comes now the Trustee, Joseph M. Black, Jr., and objects to the Proof of Claim filed by Cavalry Spv I, LLC on August 11, 2017 in the amount of $674.55 pursuant to Fed.R.Bankr.P. 3007(a).  In support of said objection, the Trustee states the following:

1.   The Proof of Claim fails to include a legible copy of the signed Security Agreement as required by Federal Rule of Bankruptcy procedure 3001(d).

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** from the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)].  Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

110 U.S. Courthouse, 121 W. Spring St., New Albany IN  47150

The responding party must ensure delivery of the response to the party filing the objection.  **If a response is NOT timely filed, the requested relief may be granted.**  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, the Trustee moves the Court for an order disallowing the Proof of Claim of Cavalry Spv I, LLC.

Dated: October 16, 2017

Respectfully Submitted,

 /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone: (812) 524-7211
Fax:    (812) 523-8838
Email: jblacktrustee@trustee13.com

Page 1 of 2

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***

Case 17-90554-BHL-13   Doc 33   Filed 10/16/17   EOD 10/16/17 10:06:09   Pg 2 of 2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2017, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| Lloyd Koehler | lloydkoehler@hotmail.com |
| Bass & Associates, P.C. | info@bass-associates.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

      I further certify that on October 16, 2017, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Matthew Welsh, 107 West Maple Court, Clarksville, IN  47129

                                                      /s/ Joseph M. Black, Jr.
                                                      Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***