UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:        MATTHEW WELSH

DEBTOR                                                      CASE NO:  17-90554-BHL-13

### TRUSTEE'S MOTION TO SET HEARING ON CLAIM OBJECTION

Comes now the Trustee, Joseph M. Black, Jr., and respectfully moves the Court to schedule a hearing on his Objection to the Claim of Cavalry Spv I, LLC.

Dated: October 16, 2017

Respectfully Submitted,

  /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone: (812) 524-7211
Fax:    (812) 523-8838
Email: jblacktrustee@trustee13.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Lloyd Koehler | lloydkoehler@hotmail.com |
| Bass & Associates, P.C. | info@bass-associates.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

I further certify that on October 16, 2017, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Matthew Welsh, 107 West Maple Court, Clarksville, IN  47129

  /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***