UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
MATTHEW WELSCH              }         CASE NO. 17-90554-BHL-13
    DEBTOR                  }

## MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN AND NOTICE OF OBJECTION DEADLINE

Comes now the above-captioned Debtor by Counsel, and files his Motion to Modify Debtor's Chapter 13 Plan. In support of this Motion, Counsel for the Debtor states as follows:

1. The Debtor proposes to allow a secured claim held by Wells Fargo Financial Bank in the amount of $4,000.00 plus 0% interest for the value of windows purchased at American Windows. Adequate protection payments will be no less than $40.00 per month.

2. The Debtor is working with Lakeview Loan Servicing direct on a loan modification. Counsel for the Debtor filed a Motion to Modify Secured Debt on October 25, 2017. Said loan modification will cure any arrearages.

WHEREFORE, the Debtor, by Counsel, request the Court to modify his plan by increasing the Debtor's monthly plan payments from $123.00 per month to $223.00 per month commencing in September, 2017.

Dated this 30 day of October, 2017.

KOEHLER LAW OFFICE
By: _____
Lloyd E. Koehler
Attorney No. 15669-98
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

_____
MATTHEW WELSH

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)].  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring Street
> New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector).  **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 31st day of Oct, 2017 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 31st day of Oct, 2017 to all parties attached hereto:

LLOYD E. KOEHLER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 17-90554-BHL-13<br>Southern District of Indiana<br>New Albany<br>Tue Oct 31 11:48:36 EDT 2017 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Baptist Health Floyd<br>Credit Bureau Systems, Inc.<br>Po Box 9200<br>Paducah, KY 42002-9200 |
| Best Egg/sst<br>4315 Pickett Rd<br>Saint Joseph, MO 64503-1600 | Joseph M. Black Jr.<br>Office of Joseph M. Black, Jr.<br>PO Box 846<br>Seymour, IN 47274-0846 | Cap1/frnrw<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 |
| Carol J. Welsh<br>1714 Sterling Oaks Drive<br>Sellersburg, IN 47172-9790 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | Centra Fcu<br>Po Box 789<br>Columbus, IN 47202-0789 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Randy C. Eyster3<br>Peiwell & Hannoy, PC<br>8415 Allison Point Blvd<br>Suite 400<br>Indianapolis, IN 46250-4160 |
| Homeprjvisa<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 | James Pruett<br>124 E Washington Street<br>Greensburg, IN 47240-1715 | Koehler Law Office<br>400 Pearl St, Ste 200<br>New Albany, IN 47150-3451 |
| Lloyd E Koehler5<br>400 Pearl Street Ste 200<br>New Albany, IN 47150-3451 | LVNV Funding, LLC its successors and assigns<br>assignee of Marlette Funding Trust II<br>Series 2<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeview Loan Servicing, LLC<br>LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 |
| Lending Club<br>71 Stevenson St Ste 300<br>San Francisco, CA 94105-2985 | Loancare Inc<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Receivables Management<br>1312 W Westridge Blvd<br>Greensburg, IN 47240-3251 |
| Recmgmtpart<br>1312 W Westridge Blvd<br>Greensburg, IN 47240-3251 | Toyota Motor Credit Corporation<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Toyota Mtr<br>1111 W 22nd St Ste 420<br>Oak Brook, IL 60523-1959 |
| U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| Matthew Welsh<br>107 W Maple Court<br>Clarksville, IN 47129-1853 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discoverbank
Po Box 15316
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28