SO ORDERED: November 9, 2017.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                    }
MATTHEW WELSH                             } CASE NO. 17-90554-BHL-13
    Debtor                                }

### ORDER GRANTING DEBTORS' MOTION FOR CONSENT TO MODIFY SECURED DEBT

This matter is before the Court on the Debtors' Motion for Consent to Modify Secured Debt, filed October 25, 2017, wherein the Debtor moves the Court for an Order consenting to a modification of Matthew Welsh's current residential mortgage with Lakeview Loan Servicing, under the following terms as set forth in the Debtor's motion.

| **Current Terms** | | **Proposed Modification Terms** | |
|---|---|---|---|
| Current Unpaid Principal Balance | 66,402.31 | Modified Unpaid Principal Balance | 67,198.95 |
| Current Maturity Date | 10/01/2030 | Modified Maturity Date | 06/01/2057 |
| Current Term (in months) | 160 months remain | Modified Term (in months) | 480 |
| Current Payment Due Date | 3/1/2017 | Modified Due Date | 07/01/2017 |
| Current Principal and Interest | $515.69 | Modified Principal and Interest | $265.38 |
| Current Payment Amount | $640.78 | Estimated Modified Payment Amount | $390.47 |
| Current Interest Rate | 3.625% | Modified Interest Rate | 3.625% |

The Debtor will deliver the modified payments directly to the lender.

Having considered the foregoing, and being otherwise duly advised, the Court now **GRANTS** the Debtors' motion and consents to the modification as described.

IT IS SO ORDERED.

###